UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NANCY MARTINO-JEAN

**Proposed**
**Order of Restitution**
18 Cr. 853 (NRB)

Upon the application of the United States of America, by its attorney, Geoffrey S.

Berman, United States Attorney for the Southern District of New York, Dina McLeod, Assistant

United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count

One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

## 1. **Amount of Restitution**

Nancy Martino-Jean, the Defendant, shall pay restitution in the total amount of

$711,557.54, pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One.

The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims,

attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change

of address of a victim, the Clerk of the Court is authorized to send payments to the new address

without further order of this Court.

### A. **Joint and Several Liability**

Defendant's restitution liability shall be joint and several with any co-defendants not

presently named whose criminal acts resulted in losses to the same victims as those affected by

defendant's conviction in this case.

### B. **Payment to the Insurer**

If the victim has been compensated for losses caused by the conduct of the defendant, in

full, or in part, by his or her insurer, then the defendant shall pay the insurer the amount that the

insurer paid to the victim (not to exceed $711,557.54). Pursuant to 18 U.S.C. § 3664(j)(1), all restitution due to the victim required by this Order must be paid before any restitution is paid to the victim's insurer. The name and address of the insurer is:

Chubb Insurance
P.O. Box #1616
Warren, NJ 07059
Attention: Tiaschi Gee
Claim #060018011523

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The Defendant shall commence monthly installment payments of an amount equal to ten percent of the Defendant's gross income, payable on the 15th of each month, immediately upon entry of this order.

### 3. Payment Instructions

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be

2

hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

## 4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

## 5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

## 6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

3

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD          DATE   January 21, 2020
UNITED STATES DISTRICT JUDGE

4