**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2020

<u>Via ECF</u>
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Nancy Martino-Jean</u>,
           18 CR. 853 (NRB)

Dear Judge Buchwald:

    I write to respectfully request that Your Honor permit Ms. Nancy Martino-Jean to take humanitarian trips outside of the United States—with prior approval from the U.S. Department of Probation—at any point during the remainder of her period of supervised release. Her Probation Officer in the Southern District of Florida, Robert Tango, consents to this request.

    On October 17, 2019, Ms. Martino-Jean received a sentence of time served with two years of supervised release. Since 2016, she has partnered with the Ferris State University Haiti Study Abroad program to help build homes for Haitians living in poverty. Her next trip is scheduled for late October 2020. With the Court's permission, Ms. Martino-Jean would be able to take this and other similar humanitarian trips—with the prior approval of her Probation Officer—during the remainder of her period of supervised release.

    Respectfully submitted,

    /s/ Amy Gallicchio
    Amy Gallicchio
    Assistant Federal Defender
    (212) 417-8728

**SO ORDERED:**

**HONORABLE NAOMI REICE BUCHWALD**
**United States District Judge**

Dated:  New York, New York
          September 16, 2020